1100

No. 88–1153. W. W. RODGERS & SONS PRODUCE, INC., ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari limited to Question 1 presented by the petition.

No. 88–1283. WELLS, WARDEN *v.* LENT. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 88–1299. GEBBIE, ASSISTANT DIRECTOR, OREGON DEPARTMENT OF HUMAN RESOURCES *v.* BRADY. C. A. 9th Cir. Certiorari denied. JUSTICE WHITE would grant certiorari limited to Questions 1 and 2 presented by the petition.

No. 88–6273. RICHARDSON *v.* ILLINOIS. Sup. Ct. Ill.;
No. 88–6489. COLEMAN *v.* CALIFORNIA. Sup. Ct. Cal.;
No. 88–6493. STARR *v.* ARKANSAS. Sup. Ct. Ark.;
No. 88–6501. SWAFFORD *v.* FLORIDA. Sup. Ct. Fla.; and
No. 88–6652. VAN HOOK *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. Reported below: No. 88–6273, 123 Ill. 2d 322, 528 N. E. 2d 612; No. 88–6489, 46 Cal. 3d 749, 759 P. 2d 1260; No. 88–6493, 297 Ark. 26, 759 S. W. 2d 535; No. 88–6501, 533 So. 2d 270; No. 88–6652, 39 Ohio St. 3d 256, 530 N. E. 2d 883.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 88–6095. CORTEZ *v.* PRICE ET AL., *ante*, p. 1024;
No. 88–6145. MARTIN *v.* SHANK ET AL., *ante*, p. 1025;
No. 88–6146. DIAMOND *v.* DISCIPLINARY COUNSEL ET AL., *ante*, p. 1025; and
No. 88–6210. BOX *v.* PETSOCK, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND DIAGNOSTIC (AND CLASSIFICATION CENTER) AT PITTSBURGH, ET AL., *ante*, p. 1028. Petitions for rehearing denied.

No. 88–6044. ROGERS *v.* ILLINOIS, 488 U. S. 1046. Motion for leave to file petition for rehearing denied.